Anthony Leon HOOVER, a/k/a Anthony Leon Hoover El; Terrence Leroy Wright El, as Moorish American Nationals, Plaintiffs–Appellants,

and

Samuel Junior Jackson; Napoleon J. Rankin Bey; James Lee Troxler El; Errick L. Bowe; Webster Waller, a/k/a Webster Waller Bey; Michael Holliday; James K. Hoyle Bey; Maurice Hartgrove, Plaintiffs,

v.

State of NORTH CAROLINA, Sub Jurisdiction Counties; North Carolina Department of Public Safety, Defendants–Appellees.

No. 15–6492.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 9, 2015.

Decided: Sept. 11, 2015.

Anthony Leon Hoover; Terrence Leroy Wright, Appellants Pro Se.

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Leon Hoover and Terrence Leroy Wright El appeal the district court's order dismissing their complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Jackson v. North Carolina,* No. 5:14–ct–03220–F (E.D.N.C. Mar. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*